**Order entered August 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00426-CR

**JAVEON DEROID DALCOURZUBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-10957-J**

## ORDER

Before the Court is appellant's August 2, 2019 motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 3, 2019.

Appellant is cautioned that further extensions are disfavored. The failure to file

appellant's brief by September 3, 2019 may result in the appeal being abated for a hearing under

rule 38.8(b)(3) without further notice.

/s/      LANA MYERS
        JUSTICE